[No. 14006-3-II.  Division Two.  April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDY J. GARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00701-9, Terence Hanley, J., entered

June 20, 1990. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Seinfeld, J., and Callow, J. Pro Tem.